# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACQUELINE LOUISE COLLINS-KOSLOSKY,<br><br>Defendant. | NO. CR07-192-RAJ<br><br>SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on December 21, 2012. The United States was represented by Assistant United States Attorney Norman Barbosa, and the defendant by Paula Deustch.

The defendant had been charged and convicted of Conspiracy to Transport Minors in Interstate Commerce to Engage in Prostitution, in violation of 18 U.S.C. § 2423(e), and Conspiracy to Commit Money Laundering, in violation of 18 U.S.C. § 1956(h). On or about March 30, 2007, defendant was sentenced by the Honorable Fred L. Wolfson in the District of New Jersey, to time served (474 days in custody), to be followed by 8 years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in substance abuse and

mental health programs, financial disclosure, submit to a search, gambling prohibition, sex offender registration, no identification in any name other than true name, and employment must be approved by probation.

In a Petition for Warrant or Summons, dated December 17, 2012, U.S. Probation Officer Michael DiGuilio asserted the following violations by defendant of the conditions of her supervised release:

(1) Failure to satisfactorily reside in and participate in a [ ] residential reentry center on or about July 12, 2011, in violation of her condition of supervision.

(2) Failing to participate with mental health counseling from December 12, 2011 to May 29, 2012, in violation of the special condition.

(3) Committing the act of prostitution in or about March 2012 to April 2012, in violation of the mandatory condition that she not commit another federal, state, or local crime.

(4) Committing the crime of driving without a license in the third degree on or about April 20, 2012, in violation of the mandatory condition that she not commit another federal, state, or local crime.

(5) Associating with a known felon, Warren Hagler, without permission from the probation officer between the dates of November 25, 2012 and December 5, 2012, in violation of standard condition number 9.

The defendant was advised of her rights, acknowledged those rights, and admitted to violations 1, 2 and 5. The government withdrew violations 3 and 4.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of her supervised release as to violations 1, 2 and 5, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable Richard A. Jones on January 4, 2013 at 9:00 a.m.

1 | Pending a final determination by the Court, the defendant has been detained.

DATED this 21st day of December, 2012.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge


cc: District Judge:        Honorable Richard A. Jones
    AUSA:                  Norman Barbosa
    Defendant's attorney:  Paula Deutsch
    Probation officer:     Michael J. DiGuilio

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 3